IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Case No. 08-cv-00467-RPM-KLM

STEVE BAXTER,

      Plaintiff,

vs.

TOWN OF SOUTH FORK, A Colorado Municipality, and
JAMES SALYARDS,

      Defendants.

_____

## ORDER OF DISMISSAL, WITH PREJUDICE
_____

Upon review of the parties' Stipulated Motion to Dismiss, With Prejudice, [15],

filed on November 11, 2008, it is

ORDERED that this matter is dismissed, with prejudice, each party to pay their

own costs and fees.

DATED this 12th day of November, 2008.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge